JAMES E. MURPHY, ESQ.
Nevada Bar No. 8586
LAXALT & NOMURA, LTD.
6720 Via Austi Parkway
Suite 430
Las Vegas, Nevada 89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559
Email: jmurphy@laxalt-nomura.com

Attorneys for Plaintiffs
AMERICAN INTERNATIONAL RECOVERY, INC.
AS ASSIGNEE OF PRODUCTION
RESOURCE GROUP, LLC; and
PRODUCTION RESOURCE GROUP, LLC

UNITIED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN INTERNATIONAL RECOVERY, INC. AS ASSIGNEE OF PRODUCTION RESOURCE GROUP, LLC; and PRODUCTION RESOURCE GROUP, LLC.<br><br>Plaintiff(s),<br><br>vs.<br><br>RANDOLPH JACK GARRETT, an individual, PILAR COSTA, an individual, GRACE AUDIO TECHNOLOGIES, INC., and DOES I through X and ROES I through X, inclusive,<br><br>Defendant(s). | Case No.: 2:07-CV-00123-JCM-PAL<br><br>**AMENDED ORDER REQUIRING DEFENDANT RANDOLPH JACK GARRETT TO APPEAR FOR DEBTOR EXAMINATION** |

Upon *Application For Order For Debtor Examination* pursuant to NRS § 21.270 duly filed by Plaintiffs AMERICAN INTERNATIONAL RECOVERY, INC. and PRODUCTION RESOURCE GROUP, LLC. The Court finds the following: On October 25, 2007, Plaintiffs obtained a Default Judgment against Randolph Jack Garrett and said Default Judgment in the amount of $798,263.00 together with pre-judgment interest in the amount of $14,571.03.

The Plaintiffs are requesting that the Court Order that the Judgment Debtor produce itemized documents describing his financial condition at the time and the place ordered by the Court for purposes of inspection by the Plaintiffs.

**IT IS ORDERED** that Defendant Randolph Jack Garrett is to appear for debtor examinations at the offices of <u>Esquire Las Vegas, 2300 West Sahara Avenue, Suite 770, Las Vegas, NV 89102; Tele. 702-382-8778, on July 18, 2011 at 10:00 a.m.</u>

**IT IS FURTHER ORDERED** that Defendant Garrett bring with him to the examination copies or originals of all of the documents in his possession, custody, or control that relate or refer to the following categories:

1. All applications for employment or letters seeking employment submitted by Randolph Jack Garrett to any prospective employer since 2005;

2. Tax returns for Randolph Jack Garrett for the tax years 2005 through 2010;

3. All pay stubs for Randolph Jack Garrett for the past 12 months;

4. Bank statements since 2005 from any bank account in which Randolph Jack Garrett has a legal or equitable ownership interest;

5. Bank statements since 2005 from any bank account for any limited liability company in which Randolph Jack Garrett is a member;

6. Bank statements since 2005 from any bank account for any limited liability partnership in which Randolph Jack Garrett is a partner;

7. Bank statements since 2005 from any bank account for any partnership in which Randolph Jack Garrett is a partner;

8. Deeds for any parcel of real property in which Randolph Jack Garrett has any current legal or equitable ownership interest, including but not limited to personal residence, vacation property, undeveloped land, commercial property, or leased property;

9.   All documents that relate to the sale, transfer, or purchase of any real property in which Randolph Jack Garrett has or had any legal or equitable ownership interest from 2005 to the present date;

10.   All documents issued by any escrow company for any purchase of sale of real property bought or sold by Randolph Jack Garrett from 2005 to the present date;

11.   Deeds for any parcel of real property in which Randolph Jack Garrett has any current legal or equitable ownership interest, including but not limited to vacation property, undeveloped land, commercial property, or leased property;

12.   All documents that relate to the sale, transfer, or purchase of any real property in which Randolph Jack Garrett has or had any legal or equitable ownership interest from 2005 to the present date;

13.   All documents issued by any escrow company for any purchase of sale of real property bought or sold by Randolph Jack Garrett from 2005 to the present date;

14.   Title, registration, and other documents relating to the purchase, sale, or transfer of any automobiles in which Randolph Jack Garrett has had any ownership interest since 2005 to the present date;

15.   Share certificates for any corporation in which Randolph Jack Garrett owns stock, or if the stock is held in the account of a broker, the account statements from each brokerage firm from 2005 to the present date;

16.   Lease agreements and any addendums relating to any real property in which Randolph Jack Garrett currently has any legal or equitable ownership interest;

17.   Any trust agreement for any trust in which Randolph Jack Garrett is a beneficiary;

18.   Monthly invoices, billing, contracts, and related documents from 2005 to the present date that show the amount and/or balance of any loans (secured or unsecured), lines of

credit, credit cards, personal loans, promissory notes, or any other loan under which Randolph Jack Garrett is obligated;

19. Any application for any loan which Randolph Jack Garrett has submitted in the past three years, whether or not the loan or credit was approved or accepted;

20. Any and all documents indentifying or referring to the location, account numbers, balances, and disposition of any and all bank, brokerage, or other accounts held by Randolph Jack Garrett from 2005 to the present date;

21. All financial statements, accounting books, or ledgers from 2005 to the present date that relate to Randolph Jack Garrett;

22. All liability or other insurance policies issued to Randolph Jack Garrett since 2005 to the present date;

DATED: July 7, 2011

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LAXALT & NOMURA, LTD.

_____
JAMES E. MURPHY, ESQ.,
Nevada Bar No. 8586
6720 Via Austi Parkway, Suite 430
Las Vegas, Nevada 89119
*Attorneys for Plaintiffs*