JAMES E. MURPHY, ESQ.
Nevada Bar No. 8586
LAXALT & NOMURA, LTD.
6720 Via Austi Parkway
Suite 430
Las Vegas, Nevada 89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559
Email: jmurphy@laxalt-nomura.com

*Attorneys for Plaintiffs*
AMERICAN INTERNATIONAL RECOVERY, INC.
AS ASSIGNEE OF PRODUCTION
RESOURCE GROUP, LLC; and
PRODUCTION RESOURCE GROUP, LLC

## UNITIED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN INTERNATIONAL RECOVERY, INC. AS ASSIGNEE OF PRODUCTION RESOURCE GROUP, LLC; and PRODUCTION RESOURCE GROUP, LLC.<br><br>Plaintiff(s),<br><br>vs.<br><br>RANDOLPH JACK GARRETT, an individual, PILAR COSTA, an individual, GRACE AUDIO TECHNOLOGIES, INC., and DOES I through X and ROES I through X, inclusive,<br><br>Defendant(s). | Case No.: 2:07-CV-00123-JCM-PAL<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR ORDER TO SHOW CAUSE FOR CONTEMPT AND REQUEST TO VACATE ORDER TO SHOW CAUSE HEARING** |

COME NOW, Plaintiffs AMERICAN INTERNATIONAL RECOVERY, INC. AS ASSIGNEE OF PRODUCTION RESOURCE GROUP, LLC; and PRODUCTION RESOURCE GROUP, LLC., (collectively referred to as "Plaintiffs"), by and through their attorneys of record, Laxalt & Nomura, Ltd., and hereby withdraws its Motion to order the Defendant RANDOLPH JACK GARRETT to Show cause why he should not be held in contempt and respectfully

1  requests the Order to Show Cause hearing scheduled for November 15, 2011 at 9:00 a.m., be
2  vacated.
3      DATED this ___27th___ day of October, 2011 .

                                              LAXALT & NOMURA, LTD.

                                              _____
                                              JAMES E. MURPHY, ESQ.
                                              Nevada Bar No. 8586
                                              6720 Via Austi Parkway, Suite 430
                                              Las Vegas, NV 89119
                                              *Attorneys for Plaintiffs*

IT IS SO ORDERED this 31st day of October, 2011.

_____
Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LAXALT & NOMURA, LTD., and that I caused a true and correct copy of the forgoing **NOTICE OF WITHDRAWAL OF MOTION FOR ORDER TO SHOW CAUSE FOR CONTEMPT AND REQUEST TO VACATE ORDER TO SHOW CAUSE HEARING** to be served as follows:

[ X ] (BY MAIL) on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the Law Offices of Laxalt & Nomura, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Las Vegas, County of Clark, Nevada.

[ ] (BY PERSONAL DELIVERY) by causing a true copy thereof to be hand delivered this date to the addressee(s) at the address(es) set forth below.

[ ] (BY FACSIMILE) on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

[ ] Federal Express or other overnight delivery

addressed as follows:

Randolph Jack Garrett
3418 Palio Avenue
Las Vegas, NV 89141

DATED: this 27th day of October, 2011.

_Nancy Bozan_
An employee of Laxalt & Nomura, Ltd.