1  JAMES E. MURPHY, ESQ.
   Nevada Bar No. 8586
2  LAXALT & NOMURA, LTD.
   6720 Via Austi Parkway
3  Suite 430
   Las Vegas, Nevada  89119
4  Telephone: (702) 388-1551
   Facsimile: (702) 388-1559
5  Email: jmurphy@laxalt-nomura.com
6
   *Attorneys for Plaintiffs*
7  AMERICAN INTERNATIONAL RECOVERY, INC.
   AS ASSIGNEE OF PRODUCTION
8  RESOURCE GROUP, LLC; and
   PRODUCTION RESOURCE GROUP, LLC
9
10                    **UNITIED STATES DISTRICT COURT**
11                        **DISTRICT OF NEVADA**
12  AMERICAN INTERNATIONAL                    Case No.: 2:07-CV-00123-JCM-PAL
    RECOVERY, INC.
13  AS ASSIGNEE OF PRODUCTION
    RESOURCE GROUP, LLC; and
14  PRODUCTION RESOURCE GROUP, LLC.           **NOTICE OF WITHDRAWAL OF**
                                              **MOTION FOR ORDER TO SHOW**
15                                            **CAUSE FOR CONTEMPT AND**
                    Plaintiff(s),             **REQUEST TO VACATE**
16        vs.                                 **ORDER TO SHOW CAUSE HEARING**
17  RANDOLPH JACK GARRETT, an individual,
18  PILAR COSTA, an individual,
    GRACE AUDIO TECHNOLOGIES, INC., and
19  DOES I through X and
    ROES I through X, inclusive,
20
                    Defendant(s).
21
22  _____
23        COME NOW,  Plaintiffs AMERICAN INTERNATIONAL RECOVERY, INC. AS
24  ASSIGNEE OF PRODUCTION RESOURCE GROUP, LLC; and PRODUCTION RESOURCE
25  GROUP, LLC., (collectively referred to as "Plaintiffs"), by and through their attorneys of record,
26  Laxalt & Nomura, Ltd., and hereby withdraws its Motion to order the Defendant RANDOLPH
27  JACK GARRETT to Show cause why he should not be held in contempt and respectfully
28

1   requests the Order to Show Cause hearing scheduled for November 15, 2011 at 9:00 a.m., be

2   vacated.

3        DATED this _____ day of October, 2011 .

4                                                   LAXALT & NOMURA, LTD.

5

6                                                   _____
                                                    JAMES E. MURPHY, ESQ.
7                                                   Nevada Bar No.  8586
                                                    6720 Via Austi Parkway, Suite 430
8                                                   Las Vegas, NV 89119
                                                    *Attorneys for Plaintiffs*
9

10

11   IT IS SO ORDERED this 31st day
     of October, 2011.
12

13   _____

14   Peggy A. Leen
     United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LAXALT & NOMURA, LTD., and that I caused a true and correct copy of the forgoing **NOTICE OF WITHDRAWAL OF MOTION FOR ORDER TO SHOW CAUSE FOR CONTEMPT AND REQUEST TO VACATE ORDER TO SHOW CAUSE HEARING** to be served as follows:

[ X ] (BY MAIL) on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.  At the Law Offices of Laxalt & Nomura, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Las Vegas, County of Clark, Nevada.

[   ]   (BY PERSONAL DELIVERY) by causing a true copy thereof to be hand delivered this date to the addressee(s) at the address(es) set forth below.

[   ]   (BY FACSIMILE) on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

[   ]   Federal Express or other overnight delivery

addressed as follows:

Randolph Jack Garrett
3418 Palio Avenue
Las Vegas, NV 89141

DATED: this _27th_ day of October, 2011.

_Nancy Rosan_
An employee of Laxalt & Nomura, Ltd.