**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AMERICAN INTERNATIONAL RECOVERY, INC., et al.,

    Plaintiff(s),

v.

RANDOLPH JACK GARRETT, et al.,

    Defendant(s).

2:07-CV-123 JCM (PAL)

**ORDER**

Presently before the court is plaintiff's affidavits of renewal of default judgment. (Doc. # 76-77). No opposition has been filed.

This court initially entered a default judgment against defendant on October 25, 2007. (Doc. # 44). Plaintiff filed its affidavits of renewal of default judgment on July 16, 2013, and July 23, 2013.

NRS 17.214 establishes the procedures for renewing a judgment. Among other things, NRS 17.214 requires "that an affidavit of renewal of judgment be filed with the court clerk within 90 days before the date the judgment expires by limitation." NRS 17.214. "An action on a judgment or its renewal must be commenced within six years under NRS 11.190(1)(a); thus a judgment expires by limitation in six years." *Leven v. Frey*, 168 P.3d 712, 715 (Nev. 2007); *O'Lane v. Spinney*, 874 P.2d 754, 755 (Nev. 1994) ("Judgment renewal [pursuant to NRS 17.214] is simple: the judgment creditor simply files an affidavit with the clerk of the court where the judgment is entered within ninety days

**James C. Mahan**
**U.S. District Judge**

before the judgment expires.").

Plaintiff timely filed its affidavits of renewal of default judgment with the clerk of the court, and applied with all relevant statutory requirements.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's affidavit of renewal of default judgment (doc. # 76) be, and the same hereby, is GRANTED.

DATED August 8, 2013.

James C. Mahan

**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge